**Bradley MAXWELL, Plaintiff–Appellant,**

v.

**David ROBINSON; George Hinkle; Gregory Holloway; U.M. Swiney; Dennis Collins; Lt. King; John Combs; Todd Farris; Iho Burton; C/O Wright; C/O Bellamy; Adina Pogue; Counselor Treadway, Defendants–Appellees.**

No. 14–7654.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

Bradley Maxwell, Appellant Pro Se. Kate Elizabeth Dwyre, Office Of The Attorney General Of Virginia, Richmond, Virginia, for Appellee.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bradley Maxwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Maxwell v. Robinson,* No. 7:13–cv–00556–JLK–RSB, 2014 WL 5499087 (W.D.Va. Oct. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*